UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EARL JOHN VELASQUEZ<br><br>　　　　Defendant. | 1:18-CR-00184-001-LJO-SKO<br><br>**ORDER FOR MENTAL HEALTH EVALUATION AND REPORT** |

　　　TO: Defense Counsel Emily DeLeon and to the Sheriff of Kern County:

　　　IT IS HEREBY **ORDEREDED** that Counsel DeLeon contact Michael Musacco, Ph.D to conduct a psychiatric evaluation as soon as possible of EARL JOHN VELASQUEZ, an inmate at the Lerdo Jail in Kern County, and that the Sheriff allow access of the prisoner to Dr. Musacco for that purpose.

　　　IT IS FURTHER ORDERED that a written report of the evaluation be prepared by the evaluator and provided to this Court.

IT IS SO ORDERED.

　　　Dated:　**December 18, 2018**　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE