McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>EARL JOHN VELASQUEZ,<br><br>                  Defendant. | CASE NO. 1:18-CR-00184-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: January 14, 2019<br>COURT: Hon. Lawrence J. O'Neill<br><br>PROPOSED DATE: February 4, 2019<br>PROPOSED TIME: 10:00 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Earl John Velasquez, by and through defendant's counsel of record, Emily de Leon, hereby stipulate as follows:

1. On November 19, 2018, a status conference in this matter was set for December 17, 2018, and time had previously been excluded to that date pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

2. On December 10, 2018, the defense filed a motion for mental competency exam, which the Court granted on December 18, 2018.

3. At the status conference on December 17, 2018, a further status conference was set in this

matter for January 14, 2019. It is not clear from the minute order at Docket 16 whether time was expressly excluded through January 14, 2019.

4. By this stipulation, defendant now moves to continue the status conference to February 4, 2019 for the reasons set forth below. Defendant further moves to and to exclude time between the last status conference on December 17, 2018, and the proposed status conference on February 4, 2019, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(1)(A) (mental competency), as well as § 3161(h)(7)(A), B(iv).

5. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant has been informed that the physician who is to conduct the mental competency exam of defendant will not complete this exam for approximately three weeks.

    b) Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with her client.

    c) Counsel has various conflicts in other cases between now and the proposed February 4, 2019 date that would not reasonably permit her to try this case any time between now and February 4, 2019, including a trial in which defense counsel is currently engaged.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 17, 2018, to February 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161 (h)(1)(A), as well as § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's

request on the basis of the Court's finding that the mental competency exam has not yet been completed and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 10, 2019  
McGREGOR W. SCOTT  
United States Attorney

/s/ Angela Scott for Melanie Alsworth  
MELANIE L. ALSWORTH  
Assistant United States Attorneys

Dated: January 10, 2019

*/s/ per email authorization*

EMILY DE LEON  
Counsel for Defendant  
JULIAN M. SUBIA

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the current status conference is vacated and continued to February 4, 2019, at 10:00 a.m. and the time period between December 17, 2018, and February 4, 2019, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§§ 3161 (h)(1)(A), (h)(7)(A), (h)(7)(B)(iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **January 10, 2019**       /s/ Lawrence J. O'Neill  
UNITED STATES CHIEF DISTRICT JUDGE