| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EARL JOHN VELASQUEZ,<br><br>Defendant. | CASE NO. 1:18-CR-00184 LJO<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: May 6, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is currently set for sentencing on May 6, 2019.

2. Due to a delay in the government providing the discovery to the United States Probation Officer, and other factors, the United States Probation Officer has requested additional time to complete a review of the discovery and prepare the Presentence Investigation Report. Counsel have agreed that the sentencing should be continued, and that the Presentence Referral Schedule be amended. The parties and the United States Probation Officer have conferred and are available for sentencing on June 17, 2019 at 9:30 a.m.

3. The parties request that the Court order the following:

    a) The sentencing hearing currently scheduled for May 6, 2019 should be rescheduled for June 17, 2019 at 9:30 a.m.;

STIPULATION AND ORDER TO CONTINUE SENTENCING     1

| | | |
|---|---|---|
| 1 | b) | The Presentence Referral Schedule should be amended as follows: |
| 2 | | (1) The draft Presentence Report should be made available to Defense Counsel and the AUSA on May 6, 2019; |
| 4 | | (2) Informal objections are due to Probation and Opposing counsel on May 20, 2019; |
| 6 | | (3) The final report will be filed with the Court and disclosed to Counsel on May 28, 2019; and |
| 8 | | (4) Formal objections must be filed with the Court and served on Probation and Opposing Counsel on June 3, 2019. |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 20, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: March 20, 2019

/s/ EMILY DE LEON
EMILY DE LEON
Counsel for Defendant
EARL JOHN VELASQUEZ

STIPULATION AND ORDER TO CONTINUE SENTENCING

2

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED that the sentencing hearing be continued to June 17, 2019, and the deadlines for the PSR are as follows:

| | |
|---|---|
| Draft PSR provided to parties: | May 6, 2019 |
| Informal objection to Draft PSR: | May 20, 2019 |
| Formal objections to PSR: | June 3, 2019 |

IT IS SO ORDERED.

Dated: **March 20, 2019**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE