LAW OFFICE OF EMILY DELEON
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
EARL VELASQUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00184-LJO-SKO |
|---|---|
| Plaintiff | |
| EARL VELASQUEZ, | |
| Defendant. | STIPULATION AND ORDER TO CONTINE SENTENCING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE LAWRENCE J. O'NEILL; MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY; AND MEGAN PASCUAL, UNITED STATES PROBATION OFFICER:

**COMES NOW** Defendant, EARL VELASQUEZ, by and through his attorney of record, EMILY DELEON, hereby requesting that the sentencing hearing currently set for Monday, June 17, 2019 be continued to Monday, June 24 2019.

Defense counsel has a scheduling conflict on the morning on June 17, 2019. I am scheduled to appear in Bakersfield in People v. Adrian Gonzales, et al. BF172889A for substantive motion hearings. This is a six-defendant prison case. Two of the defendants are being transported from CDCR. The defendants are not agreeing to waive time, so I cannot ask another attorney to stand in and continue the hearing to a new date.

//

//

//

1

**IT IS SO STIPULATED.**

DATED: June 3, 2019

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
EARL VELASQUEZ

DATED: June 3, 2019

*/s/Melanie Alsworth*
MELANIE ALSWORTH
Assistant U.S. Attorney

## **ORDER**

The sentencing set for June 17, 2019 is continued to June 24, 2019.

IT IS SO ORDERED.

Dated: **June 3, 2019**            **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE