The Law Office of Victor Nasser
Victor Nasser, Esq SBN: 326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com

Attorneys for Defendant
Earl John Velasquez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EARL JOHN VELASQUEZ,<br><br>Defendant. | No.  1:18-CR-000184<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER, ESQ AS ATTORNEY OF RECORD AND ORDER** |

On July 18, 2023, Defendant, Earl Velasquez admitted guilt to violating the sole charge as alleged in the violation petition filed on March 29, 2023.  CJA Panel Attorney Victor Nasser was appointed as trial counsel to represent Mr. Velasquez on August 29, 2023 in his criminal case. Mr. Velasquez was sentenced following an admission pursuant to the Petition of Violation of Supervised Release on September 06, 2023.  The time for filing a direct appeal was 14 days.  No direct appeal was filed.   Mr. Velasquez was in custody at sentencing.  Having completed his representation of Mr. Velasquez, CJA attorney Victor Nasser now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Velasquez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

1

Dated:   11/15/23                                   Respectfully submitted,


                                                    /S/ Victor Nasser
                                                    Victor Nasser, Esq
                                                    Attorney for Defendant
                                                    Earl John Velasquez


**ORDER**

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court hereby grants attorney Victor Nasser's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Earl John Velasquez at the following address and to update the docket to reflect Defendant's pro se status and contact information.


   Central Valley Modified Community Correctional Facility

   245 Taylor Avenue, McFarland, California 93250


IT IS SO ORDERED.

   Dated:   **November 16, 2023**                                              
                                                    UNITED STATES DISTRICT JUDGE

2